# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RIGGS,<br><br>      Plaintiff,<br><br>    v.<br><br>MARIPOSA COUNTY, et al.,<br><br>      Defendants. | Case No.  1:23-cv-00710-ADA-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 4) |

Plaintiff initiated this action on May 8, 2023.  (ECF No. 1.)  The initial scheduling conference is currently set for August 17, 2023.  (ECF No. 3.)

On May 26, 2023, the parties filed a stipulation and proposed order for extending the time to file a response to the complaint.  (ECF No. 4.)  The parties stipulate to a two-week extension for Defendants to respond to the complaint, up to and including June 19, 2023.  (Id.)  Pursuant to Local Rule 144, which the parties do not reference, "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint … may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation."  E.D. Cal. L.R. 144(a).

///

///

///

1

1        In any event, pursuant to the stipulation of the parties and good cause appearing, IT IS

2   HEREBY ORDERED that the deadline for Defendants to respond to the complaint is extended

3   to June 19, 2023.

4

5   IT IS SO ORDERED.

6   Dated:   **May 26, 2023**

                    UNITED STATES MAGISTRATE JUDGE