# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOHN RIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MARIPOSA, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00710-KES-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION<br><br>(ECF No. 13) |

On August 17, 2023, the scheduling order in this matter issued. (ECF No. 10.) On September 20, 2024, a stipulation was filed to amend the pre-trial scheduling order. (ECF No. 13.) The Court finds that good cause exists for the proposed amendments.

Accordingly, pursuant to the stipulation, IT IS HEREBY ORDERED that the August 17, 2023, scheduling order is amended as follows:

1. Discovery Cut-Off deadline: November 21, 2024;
2. Expert Witness Disclosure deadline: December 11, 2024;
3. Supplemental Expert Disclosure(s) deadline: January 10, 2025;
4. Expert Discovery cutoff deadline: February 28, 2025; and
5. All other aspects of the August 17, 2023 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **September 20, 2024**

_____
UNITED STATES MAGISTRATE JUDGE