# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RIGGS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MARIPOSA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00710-KES-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION<br><br>(ECF No. 13) |

On August 17, 2023, a scheduling order issued (ECF No. 10), which was modified once by stipulation of the parties on September 20, 2024. (ECF Nos. 13, 14.)

On December 3, 2024, the parties filed a second stipulation to amend the scheduling order. (ECF No. 15.) The parties stipulate to extend the dispositive motion deadline only from December 6, 2024 to December 20, 2024. The parties confirm they are not seeking to continue the pretrial conference or trial dates.

The Court finds good cause to grant the parties' request to extend the dispositive motion deadline. However, to do so, the Court must continue the pretrial conference and trial dates. A specific period of time between the dispositive motion deadline and the pretrial conference is intentionally set to allow the district judge, whose schedule is extremely impacted, sufficient time to review and issue a ruling on any dispositive motions filed by the parties prior to the pretrial conference date. The parties' instant stipulation to extend the dispositive motion deadline to December 20, 2024

while retaining the March 17, 2025 pretrial conference does not afford the district judge sufficient time to adjudicate a dispositive motion in addition to his heavily impacted criminal and civil caseload prior to the pretrial conference. The Court shall continue the pretrial conference and trial to afford the district judge sufficient time to issue rulings on any dispositive motions filed by the parties on the stipulated amended deadline.

Accordingly, pursuant to the stipulation and good cause appearing, IT IS HEREBY ORDERED that the August 17, 2023, scheduling order, as modified on September 20, 2024, is amended as follows:

1. Dispositive motion deadline: **December 20, 2024**;

2. Pretrial Conference: **April 14, 2025, at 1:30 p.m., in Courtroom 6**;

3. Trial: **June 10, 2025, at 9:00 a.m., in Courtroom 6**; and

4. All other aspects of the August 17, 2023 scheduling order, as amended on September 20, 2024, remain in effect.

IT IS SO ORDERED.

Dated: **December 5, 2024**

STANLEY A. BOONE
United States Magistrate Judge