# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RIGGS, *Individually and Doing business as* Riggs Excavation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPOSA COUNTY, et al.,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00710-KES-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY AND DIRECTING CLERK OF COURT TO TERMINATE OLIVER W. WANGER AS ATTORNEY OF RECORD FOR DEFENDANTS<br><br>(ECF No. 28) |

On March 26, 2025, a notice of withdrawal of Oliver W. Wagner as counsel for Defendants was filed. (ECF No. 28.) Other counsel from the law firm of Wagner Jones Helsley PC remain as counsel of record for Defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Oliver W. Wagner as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Oliver W. Wagner as attorney for Defendants.

IT IS SO ORDERED.

Dated: **March 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge